# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF DOMINICK MILIA,
deceased, by and through EUGENIO S.
MATHIS, personal representative of the
estate,

       **Plaintiff,**

      **vs.**                       **Civ. No. 25-256  LF/JFR**

CORECIVIC OF TENNESSEE d/b/a
CORECIVIC, INC; CORRECTIONAL
MEDICINE ASSOCIATES, P.C.; CIBOLA
GENERAL HOSPITAL, INC., CHIEF
MEDICAL OFFICER KEITH IVENS, MD;
OFFICER WILLIAM SNODGRASS;
OFFICER [FNU] BULLOCK; WARDEN
ROBERT NILIUS; and GINGER VAUGHN,
MD,

       **Defendants.**

## ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte*.  On May 5, 2025, Defendants CoreCivic of Tennessee d/b/a CoreCivic, Inc., Correctional Medicine Associates, P.C., and Chief Medical Officer Keith Ivens (collectively "CoreCivic Defendants") filed a *Motion to Dismiss Plaintiff's First Amended Complaint for Violations of Rights Under the United States Constitution*.  Doc. 12.  Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to delay entering a scheduling order pending a ruling on CoreCivic Defendants' motion.

      **IT IS SO ORDERED.**


_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**