IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE ESTATE OF DOMINICK MILIA, deceased, by and through EUGENIO S. MATHIS, personal representative of the estate,<br><br>**Plaintiff,**<br><br>v.<br><br>CORECIVIC OF TENNESSEE d/b/a CORECIVIC, INC; CORRECTIONAL MEDICINE ASSOCIATES, P.C.; CIBOLA GENERAL HOSPITAL, INC., CHIEF MEDICAL OFFICER KEITH IVENS, MD; OFFICER WILLIAM SNODGRASS; OFFICER [FNU] BULLOCK; WARDEN ROBERT NILIUS; and GINGER VAUGHN, MD,<br><br>**Defendants.** | No. 1:25-CV-00256-KG-JFR |

## NOTICE OF AGREED-UPON EXTENSION OF TIME FOR CORECIVIC DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF RIGHTS UNDER THE UNITED STATES CONSTITUTION

Defendants CoreCivic of Tennessee d/b/a CoreCivic, Inc., Correctional Medicine Associates, P.C., Chief Medical Officer Keith Ivens, and Officer William Snodgrass (collectively "CoreCivic Defendants") give notice that the parties have agreed to a one-week extension of time for CoreCivic Defendants to file their Reply in support of Motion to Dismiss Plaintiff's First Amended Complaint for Violations of Rights under the United States Constitution (Dkt. 13), resulting in a new Reply deadline of Monday, June 30, 2025.

Dated: June 20, 2025.   /s/ *Anne M. Orcutt*
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Anne M. Orcutt, AZ Bar No. 029387
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for CoreCivic of Tennessee d/b/a CoreCivic, Inc., Correctional Medicine Associates, P.C., Chief Medical Officer Keith Ivens, and Officer William Snodgrass*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elizabeth M. Piazza
GUEBERT GENTILE PIAZZA & JUNKER, P.C.
PO Box 93880
Albuquerque, New Mexico 87199
(505) 823-2300
epiazza@guebertlaw.com

Parrish Collins
Francheska Bardacke
COLLINS & COLLINS
PO Box 506
Albuquerque, NM 87103
parrish@collinsattorneys.com
francheska@collinattorneys.com
*Attorneys for Plaintiff*

Jessica D. Marshall
Veronica N. Mireles
MAYER LLP
4101 Indian School Road Suite 301N
Albuquerque, New Mexico 87110
jmarshall@mayerllp.com
vmireles@mayerllp.com
*Attorneys for Defendant Ginger Vaughn, M.D.*

Denise M. Chanez
Patrick A. Coronel
SAIZ, CHANEZ, SHERRELL & KAEMPER, PC
5600 Wyoming Blvd. NE, Suite 200
Albuquerque, NM 87109
dchanez@sclawnm.com
pcoronel@sclawnm.com
*Attorneys for Cibola General Hospital, Inc.*

                                                                                         */s/ Kim Penny*